UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| RONALD R. VAWSER,<br><br>        Petitioner,<br><br>   v.<br><br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security<br>Administration,<br><br>        Respondent. | Case No. 4:10-cv-00518-CWD<br><br>**JUDGMENT** |

On March 6, 2012, the Court entered a Memorandum Decision and Order GRANTING Ronald Vawser's Petition for Review (Dkt. 1) and REMANDING the case to the Commissioner of the Social Security Administration under "sentence four" of 42 U.S.C. § 405(g). Pursuant to that Order, Judgment is hereby entered in favor of the PETITIONER.

DATED: March 6, 2012

Honorable Candy W. Dale
Chief United States Magistrate Judge